1

2

3

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RODERICK R. EUGENIO,

11           Plaintiff,              No. CIV S-08-1533 DAD P

12       vs.

13   ARNOLD SCHWARZENEGGER,          ORDER AND
     et al.,
14                                   FINDINGS AND RECOMMENDATIONS
             Defendants.
15   _____/

16           By an order filed September 19, 2008, plaintiff was ordered to file an in forma

17   pauperis affidavit or pay the appropriate filing fee within thirty days and was cautioned that

18   failure to do so would result in a recommendation that this action be dismissed.  The thirty day

19   period has now expired, and plaintiff has not responded to the court's order and has not filed an

20   in forma pauperis affidavit or paid the appropriate filing fee.

21           According, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

22   randomly assign a United States District Judge to this action;

23           IT IS HEREBY RECOMMENDED that this action be dismissed without

24   prejudice.

25           These findings and recommendations are submitted to the United States District

26   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

                                        1

days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: November 4, 2008.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
euge1533.fifp.fpf